

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2015

No. 04-15-00087-CV

**ESTATE OF SHIRLEY L. BENSON,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on July 10, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court